AO (Rev. 5/85) Criminal Complaint

# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## JACKSONVILLE DIVISION

UNITED STATES OF AMERICA

vs.

JOHN DOE
a/k/a Luis Geraldy Rivera Corales

**CRIMINAL COMPLAINT**

Case No. 3:20-mj- 1362-MCR

I, the undersigned complainant, being duly sworn, state the following is true and correct to the best of my knowledge and belief. On or about February 3, 2020, in Suwannee County, in the Middle District of Florida, the defendant,

> did willfully and knowingly make a false statement in an application for a passport with the intent to induce and secure the issuance of a passport under the authority of the United States, contrary to the laws regulating the issuance of passports and the rules prescribed pursuant to such laws,

in violation of Title 18, United States Code, Section 1542. I further state that I am a Special Agent with the United States Department of State, Bureau of Diplomatic Security, and that this Complaint is based on the following facts:

SEE ATTACHED AFFIDAVIT

Continued on the attached sheet and made a part hereof: ☒ Yes ☐ No

Signature of Complainant
Kevin D. Grant

Sworn to before me over the telephone and signed by me pursuant to Fed. R. Crim. P. 4.1 and 4(d),

October 15, 2020               at      Jacksonville, Florida

MONTE C. RICHARDSON
United States Magistrate Judge
Name & Title of Judicial Officer

Signature of Judicial Officer

## AFFIDAVIT IN SUPPORT OF CRIMINAL COMPLAINT

I, Kevin D. Grant, being duly sworn, hereby state the following in support of a criminal complaint:

1. I am employed by the U.S. Department of State, Bureau of Diplomatic Security, as a Special Agent. I have been a Special Agent since September 2011 and an employee with the Department of State since March 2011. My duties include conducting criminal investigations into passport and visa fraud, the protection of foreign dignitaries and government officials, and managing security programs at U.S. Embassies and Consulates. I have received training in conducting criminal investigations from the Federal Law Enforcement Training Center in Brunswick, Georgia, and specialized training regarding passport fraud, visa fraud, and identity theft from the Diplomatic Security Training Center in Dunn Loring, Virginia.

2. This affidavit is made in support of an application for a criminal complaint charging an unknown subject who will be referred to as JOHN DOE, a/k/a Luis Geraldy Rivera Corales, with making a false statement in an application for a United States passport, in violation of 18 U.S.C. § 1542.

3. The information contained in this affidavit is based upon my personal knowledge and information provided to me by other law enforcement officers. I have not included in the affidavit each and every fact known to me

about the matters set forth herein, but only those facts and circumstances that I believe are sufficient to establish probable cause that the subject has committed passport fraud.

4. As discussed more fully below, Department of State Consular Affairs fraud prevention managers flagged as possibly fraudulent a 2020 passport application submitted by a person identifying himself as Luis Geraldy Rivera Corales. On July 13, 2020, the application was referred to the Bureau of Diplomatic Security, Miami Field Office, for investigation and I was assigned as the case agent. To investigate the matter, I obtained and reviewed documents related to the application from Department of State databases and took other investigative steps as detailed below.

5. I reviewed the possibly fraudulent application, a Form DS-11, Application For A U.S. Passport, that was submitted on February 3, 2020, to the Clerk of Circuit Courts in Suwannee County, Florida. The application was assigned application number 423788834. On the application, the applicant provided the name Luis Geraldy Rivera Corales, a home address of 102 Green Ave., Live Oak, FL 32064, a date of birth in September, 1992, a place of birth of Yauco, Puerto Rico, and a Social Security Number ("SSN") ending in 9431. As proof of identity and citizenship, the applicant provided a Puerto Rico birth certificate and a Florida driver's license, both in the name of Luis Geraldy Rivera

Corales. Included with the record of the application were copies of the birth certificate and driver's license submitted with the application.

6. During adjudication of the application, the passport agency discovered that a person purporting to be Luis Geraldy Rivera Corales had previously submitted a passport application at the Atlanta Passport Agency in Atlanta, Georgia. I reviewed the application, which was executed on February 8, 2019, and assigned application number 741618504. The application reflects the same date of birth, place of birth, and SSN as the application later submitted in Suwannee County, Florida. The address provided on the application is 9291 197th Rd., Live Oak, FL 32060. As proof of identity and citizenship, the applicant provided the same Puerto Rican birth certificate and Florida driver's license (copies of which were included with the record of the application), both in the name Luis Geraldy Rivera Corales, that he provided with the 2020 application.

7. I reviewed the photographs provided with the 2019 and the 2020 applications and the photographs depict the same person.

8. The 2019 passport application submitted in Georgia was denied due to possible fraud. Possible fraud was suspected because a person with the identity and biographical information belonging to Luis Geraldy Rivera Corales was then incarcerated with the U.S. Bureau of Prisons ("BOP"). I reviewed information

for "Luis Geraldi Rivera-Corales" generated by a query at BOP's Inmate Locator web page, https://www.bop.gov/inmateloc/, which reflects that he was released from BOP custody on March 29, 2019, after the 2019 passport application was submitted.

9. During adjudication of the 2020 passport application, the application was referred to the Department of State Consular Affairs legal division in view of the previously submitted 2019 application. Representatives from the legal division spoke with the probation officer for Luis Geraldy Rivera Corales and were informed that he was deceased. Based on this information, the 2020 application was referred to the Bureau of Diplomatic Security, Miami Field Office, for investigation, as noted above.

10. The records related to the 2020 passport application reflect that the person purporting to be Luis Geraldy Rivera Corales submitted a U.S. postal money order with the application. An inspection of the money order revealed that it was obtained from a U.S. post office for ZIP code 32060 on February 3, 2020. I queried a U.S. Postal Service database and found that ZIP code 32060 is located in Live Oak, Florida. The records also reflect that the person purporting to be Luis Geraldy Rivera Corales had contacted the passport agency via the National Passport Information Center ("NPIC") and requested that the mailing

address be changed from 102 Green Ave., Live Oak, FL 32064 to 2231 CR 249, Live Oak, FL 32060.

11. I queried the Florida Driver and Vehicle Information Database ("DAVID") using the name Luis Rivera Corales and the date of birth in September, 1992, provided on the passport applications and the database returned records showing that a person purporting to be Luis Geraldy Rivera Corales was issued a Florida driver's license on December 27, 2018. This driver's license is the same license as the one submitted with both passport applications. The photograph in the DAVID records depicts the same person who is depicted in the photographs accompanying both passport applications. The address in the records is 9291 197th Rd., Live Oak, FL 32060.

12. I reviewed the records from the Department of State Consular Affairs legal division and obtained the name of the probation officer for the true Luis Geraldy Rivera Corales (hereinafter "True ID") and located contact information for the probation officer. I contacted the probation officer, who provided me with a photograph of the True ID and a medical report reflecting that the True ID died on January 13, 2020. The medical report also reflected that the True ID died in Milwaukee, Wisconsin.

13. I searched commercial databases available to law enforcement, which reflected that a Wisconsin driver's license had been issued to the True ID

on November 4, 2019. I spoke to and corresponded with officials from the Wisconsin Department of Motor Vehicles ("DMV"), who provided me with a photograph from a record for the True ID and told me that the record was marked "deceased." The photographs provided by the probation officer and the Wisconsin DMV depict the same person, but he is not person depicted in the photographs from the 2019 and 2020 passport applications and the photograph from the Florida driver's license records.

14. I also obtained and reviewed Department of Homeland Security records for a person using the identity of Luis Geraldy Rivera Corales. The records show that the subject crossed the Mexico-U.S. border in 2018 and 2019 and that he had provided a U.S. birth certificate and Florida driver's license to enter the United States. In December 2018 and January 2019, the subject was traveling with a second person identified as Tabitha Marie Evans with a date of birth in August, 1991. Evans is listed as an emergency contact on the 2019 and 2020 passport applications with the listed relationship of "friend."

15. I reviewed Florida DAVID records for Evans and they show that she and the person purporting to be Luis Geraldy Rivera Corales are registered owners of a 1997 Chevy truck, Florida tag number IM88IZ. The DAVID records that I reviewed for the subject reflect the same information.

16. I also obtained and reviewed Department of State records for Evans. The records reflect that in December 2010, Evans submitted a passport application that was assigned application number 412471414. On the application, in block 20, the question "Have you ever been married" is asked and Evans checked the "yes" box and listed her husband as Guillermo Lazcano with a place of birth of Mexico. The date of the marriage is shown as October 20, 2007. On February 1, 2011, U.S. passport book number 477322606 was issued to Evans. Evans used this passport book to cross the Mexico-U.S. border with the person using the identity of Luis Geraldy Rivera Corales in 2018 and 2019.

17. I also reviewed information from the National Law Enforcement Telecommunications System ("NLETS") for the person purporting to be Luis Geraldy Rivera Corales. NLETS is a law enforcement database and information sharing system. Many states participate in NLETS by sharing information and data associated with driver's licenses and identification cards issued by the state. NLETS reflected that the subject listed Evans as his emergency contact and described her as his spouse in Florida driver's license records.

18. The information gathered during the investigation, including that the True ID died on January 13, 2020—before the submission of the 2020 passport application on February 3, 2020—establishes that the person purporting

to be Luis Geraldy Rivera Corales, who will be identified as JOHN DOE, is not the True ID.

19. To ensure that DOE is correctly identified, attached to this affidavit are three photographs of him. The first photograph is from the driver's license in the name of Luis Geraldy Rivera Corales that was issued on December 27, 2018. The second photograph is from the passport application in the name of Luis Geraldy Rivera Corales that was submitted on February 8, 2019. The third photograph is from the passport application in the name of Luis Geraldy Rivera Corales that was submitted on February 3, 2020.

Based on the facts and circumstance described above, there is probable cause to believe that on or about February 3, 2020, in Suwanee County, in the Middle District of Florida, JOHN DOE, a/k/a Luis Geraldy Rivera Corales, did willfully and knowingly make a false statement in an application for a United States passport, in violation of Title 18, United States Code, Section 1542.

Kevin D. Grant, Special Agent
U.S. Department of State
Bureau of Diplomatic Security